IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00001-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BISHOP ALAMADAE DURAN,

    Defendant.

## GOVERNMENT'S MOTION TO REDACT ECF DOCUMENT 43 AND RESTRICT ECF DOCUMENT 62

    The United States of America ("the government"), by and through Alecia L. Riewerts, Assistant United States Attorney, respectfully moves to redact ECF Document 43, specifically portions of the transcript of the Detention Hearing conducted on January 6, 2023, before the Honorable Magistrate Judge S. Kato Crews.  The redactions proposed by the government are contained in ECF Document 47, which is a redacted version of the transcript of the Detention Hearing conducted on January 6, 2023.

    The reasons for these redactions are described in ECF Document 62, the government's Brief in Support of Motion to Redact and Restrict. The government further requests a "Level 1" restriction as to ECF Document 62, which would make ECF Document 62 "viewable by parties and court" only, for the reasons stated in the Brief in Support of Motion to Redact and Restrict.

    Undersigned counsel did not reach out to counsel for the defendant regarding her position on this motion to redact and restrict until the close of business today.  This was an oversight by undersigned counsel.  Undersigned counsel will inform the Court as to whether the defendant objects to the motion and proposed order to redact and restrict once counsel for the defendant has had the opportunity to review and consider the government's motion.

                                    Respectfully submitted,

                                      COLE FINEGAN

        United States Attorney

    By: <u>s/ *Alecia L. Riewerts*</u>
      ALECIA L. RIEWERTS
      Assistant United States Attorney
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: Alecia.Riewerts@usdoj.gov
      Attorney for Government

  I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

        <u>s/ *Alecia L. Riewerts*</u>

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of February, 2023, I electronically filed the foregoing **MOTION TO REDACT AND RESTRICT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

**Mary Virginia Butterton**
**Email: mary_butterton@fd.org**

      By: *s/ Alecia L. Riewerts*
ALECIA L. RIEWERTS
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Alecia.Riewerts@usdoj.gov